*I. W. Rountree, W. A. Dampier, Larsen & Crockett,* for plaintiff in error.

---

8462. SHEPHARD *v.* THE STATE.

LUKE, J. 1. The newly discovered evidence was merely cumulative and impeaching in its character. Penal Code, § 1088.

2. The jury were the judges of the facts, and there was evidence upon which they could have found the verdict of guilty.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED APRIL 21, 1917.

Conviction of assault and battery; from Jeff Davis superior court—Judge Highsmith. December 27, 1916.

*S. D. Dell,* for plaintiff in error.

*A. V. Sellers, solicitor-general,* contra.